UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1452 (L)
(1:17-cv-00893-TSE-IDD)

_____

STATE OF KANSAS, BY AND THROUGH THE KANSAS DEPARTMENT
FOR CHILDREN AND FAMILIES

    Intervenor - Appellant

v.

SOURCEAMERICA; LAKEVIEW CENTER, INC.

    Plaintiffs - Appellees

and

UNITED STATES DEPARTMENT OF EDUCATION; UNITED STATES
DEPARTMENT OF THE ARMY; UNITED STATES DEPARTMENT OF
DEFENSE; BETSY DEVOS, in her official capacity as Secretary of Education;
MARK T. ESPER, in his official capacity as Secretary of the Army; PATRICK M.
SHANAHAN, in his official capacity as Acting Secretary of Defense

    Defendants - Appellees

------------------------------------------------------------------

NATIONAL FEDERATION OF THE BLIND; NATIONAL COUNSEL OF
STATE AGENCIES FOR THE BLIND, INC.

    Amici Supporting Appellant

_____

O R D E R

_____

The court grants leave to file separate briefs, and the length of each brief

shall not exceed the length limitations established by the Federal Rules of Appellate

Procedure. <u>See</u> Fed. R. App. P. 32(a)(7) & 28.1(e).

All parties to a side shall continue to share time for oral argument provided

by this court's Local Rule 34(d).

For the Court--By Direction

<u>/s/ Patricia S. Connor, Clerk</u>